UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES PETTUS,

                Plaintiff,

-against-

JUDGE MIRIAM BREIR; JUDGE LACH; JUDGE McSHAN; JUDGE BRIGANTI; JUDGE HAGLER; ATTY MATTHEW SCHWARZ; HELEN MAYFIELD; EDITH MATTHEWS; CAMILLE HEATLEY; LAUREN WENEGRAT; JACKIE AVERY; SAM GOODMEN; ELISA CLARK,

                Defendants.

22-CV-8302 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

    On February 4, 2005, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *Pettus v. Clarke*, No. 05-CV-1439 (MBM) (S.D.N.Y. Feb. 4, 2005), *appeal dismissed*, No. 05-1314 (2d Cir. Sept. 29, 2005). Plaintiff filed this new complaint, seeks IFP status, and has not sought leave from the Court. The Court dismisses the action without prejudice for Plaintiff's failure to comply with the 2005 order.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

    The Clerk of Court is directed to enter a judgment in this case.

SO ORDERED.

Dated:   October 24, 2022
           New York, New York

                                    /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                 Chief United States District Judge